THE HONORABLE JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEONDRE JACKSON,<br>Defendants. | Case No. CR24-164-05 JNW<br>**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING** |

The Court has considered Defendant KEONDRE JACKSON'S Second Unopposed Motion to Continue Sentencing. The Court finds good cause to grant the motion.

IT IS ORDERED that the motion is GRANTED. Sentencing is continued from November 12, 2026, until January 21, 2027, at 10:30 a.m. All sentencing-related deadlines shall run from the new sentencing date unless otherwise ordered.

DATED this 5th day of November, 2026.

The Honorable Judge Jamal N. Whitehead
United States District Judge



**LAKE UNION GROUP, PLLC**
**2470 WESTLAKE AVENUE N., SUITE 201**
**SEATTLE, WA 98109**
**206-299-1582**

Presented by:

LAKE UNION LAW GROUP, PLLC
Attorney for Defendant

By: *s/ Dan N. Fiorito III*
DAN N. FIORITO III
WSBA #34009
2470 Westlake Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 299-1582
Fax: (206) 770-7590
Email: dan@danfiorito.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated this 3rd day of November, 2026.

*/s/ Dan Fiorito*
Dan Fiorito, WSBA No. 34009



**LAKE UNION GROUP, PLLC**
**2470 WESTLAKE AVENUE N., SUITE 201**
**SEATTLE, WA 98109**
**206-299-1582**